McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CV-01025-TLN-DB |
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $10,000.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $8,200.00 IN U.S. CURRENCY, | |
| Defendants. | |

Pursuant to the Request for Final Judgment of Forfeiture filed herein, the Court finds:

1. This is a civil forfeiture action against defendant Approximately $10,000.00 in U.S. Currency and Approximately $8,200.00 in U.S. Currency (hereafter "defendant currency") seized on or about May 17, 2017.

2. The United States and potential claimant Marcello L. Young entered into several Stipulations and Orders extending the United States' time to file a complaint in Case No. 2:17-MC-00168-WBS-EFB. The Order entered on or about April 2, 2018, extended the time to file the complaint to May 2, 2018.

3. On March 21, 2018, pursuant to a Stipulation for Final Judgment of Forfeiture, potential claimant Marcello L. Young ("claimant" or "Young") agreed to forfeit a portion of his right, title, and

1

interest in the defendant currency, plus any accrued interest on the total amount seized, to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.  That Stipulation is attached to the Request for Final Judgment of Forfeiture filed herein.

4. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on April 24, 2018, alleging that said defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

5. On May 10, 2018, the Clerk issued a Warrant for Arrest for the defendant currency, and that warrant was executed on May 11, 2018.

6. Beginning on April 28, 2018, for at least thirty consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on August 3, 2018.

7. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individual:

    a. Brendan J. Crawford

8. The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Brendan J. Crawford on August 8, 2018.  Pursuant to Local Rule 540, the United States requests that, as a part of this Final Judgment of Forfeiture, the Court enter a default judgment against the interest, if any, of Brendan J. Crawford without further notice.

9. No parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. Judgment is hereby entered against potential claimants Marcello L. Young and Brendan J. Crawford, and all other potential claimants who have not filed claims in this action.

2. Upon entry of this Final Judgment of Forfeiture, $3,800.00 of the Approximately $10,000.00 in U.S. Currency and Approximately $8,200.00 in U.S. Currency, together with any interest that may have accrued on the total amount seized, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

3. Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $6,200.00 of the Approximately $10,000.00 in U.S. Currency shall be returned to claimant Marcello L. Young through his attorney J. Scott Gilbert.

4. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. Young waived the provisions of California Civil Code § 1542.

5. All parties are to bear their own costs and attorneys' fees.

6. The U.S. District Court for the Eastern District of California, Hon. Troy L. Nunley, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

7. Based upon the allegations set forth in the Complaint filed April 24, 2018, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED

Dated: August 13, 2018

_____
Troy L. Nunley
United States District Judge